**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George L. Mothershed, | No. CV 12-549-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Oklahoma et al, | |
| Defendant. | |

The court has before it plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (doc. 2). Also before the court is plaintiff's 206 page complaint, accompanied by 150 footnotes. The complaint very plainly violates Rule 8, Fed. R. Civ. P., which requires "a short and plain statement" of both the jurisdiction of the court and the claim itself. The complaint is neither short nor plain. It reads like a treatise. It would be an abuse of the process to serve such a document.

Accordingly, it is ORDERED DISMISSING the complaint without prejudice for violating Rule 8, Fed. R. Civ. P. Plaintiff shall have 15 days from the date this order is filed to file an amended complaint in compliance with Rule 8. Plaintiff is advised that a pleading is not a brief. Motion practice comes later, and is limited by LRCiv 7.2(e) to 17 pages. Plaintiff is also advised to seek the advice of a lawyer. If he does not have one, he may wish to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602 257 4434.

1  It is further ORDERED DENYING plaintiff's Motion to Allow Electronic Filing
2 without prejudice to renewing it upon a showing that an amended complaint complies with
3 Rule 8. (Doc. 2).

4  DATED this 19th day of March, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -