**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| George L. Mothershed, | ) | No. CV 12-549-PHX-FJM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| State of Oklahoma et al, | ) | |
| Defendant. | ) | |

The court has before it plaintiff's "Motion to Amend Findings and Conclusions of Law(Verified)" (doc. 43). But Rule 52(b), Fed. R. Civ. P. applies to the amendment of Findings and Conclusions made under Rule 52(a), Fed. R. Civ. P. Such Findings and Conclusions are made, for example, in actions tried to the court without a jury. We made no findings and conclusions under Rule 52(a). Instead, we granted a motion to dismiss. Thus, there are no findings to amend. Accordingly, it is ORDERED DENYING plaintiff's Motion to Amend Findings and Conclusions. (Doc. 43).

We have already denied plaintiff's Motion to amend the judgment and Motion for reconsideration. (Doc. 42). Plaintiff's remedy, if any, is to seek further review in the United States Court of Appeals for the Ninth Circuit.

DATED this 19th day of July, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge